**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**SHELIA JONES**                                                                                    **PLAINTIFF**

**VS.**                                                      **CIVIL ACTION NO. 5:20-cv-152 KS-MTP**

**ELSTON WILLIAMS**                                                                            **DEFENDANT**

---

**MOTION TO ENFORCE SETTLEMENT AGREEMENT**

---

COMES NOW Defendant, Elston Williams ("Defendant"), by and through counsel, and submits this Motion to Enforce Settlement Agreement as follows.

1.      On May 20, 2021, the parties reached a settlement of this personal-injury lawsuit. On the same date, Defendant's counsel prepared an email to the Court informing the Court of the settlement and that the parties would submit an Agreed Final Judgment once the settlement is finalized.  *See* Email Correspondence dated May 20, 2021, attached hereto as Exhibit "A".

2.      Thereafter, counsel for Defendant requested the settlement check, prepared a Full and Complete Release, and an Agreed Final Judgment of Dismissal with Prejudice.  Defendant's counsel sent a copy of the Release and Agreed Final Judgment to Plaintiff's counsel by email on May 24, 2021.  *See* Correspondence dated June 21, 2021 attached hereto as Exhibit "B".

3.      Given the nature of these proceedings thus far, Defendant's counsel held the settlement check in trust until Defendant's counsel received a copy of the Release signed by Plaintiff.  As of the date of this Motion and after multiple requests, Defendant's counsel has not yet received the executed Release or Agreed Final Judgment. *See* Exhibit "B".

4.      A settlement agreement is a contract, and a "meeting of the minds" must exist in order to have a valid settlement agreement. *Ill. Cent. R.R. Co. v. Byrd*, 44 So. 3d 943, 948 (Miss.

1

2010) (internal citations omitted). Further, "[a]n attorney is presumed to have the authority to speak for and bind his client." *Parmley v. 84 Lumber Co.*, 911 So. 2d 569, 573 (Miss. App. 2005) (citing *Fairchild v. General Motors Acceptance Corp.,* 254 Miss. 261, 265, 179 So. 2d 185, 187 (1965)).

5. Under Mississippi law, the parties entered into a contract to settle this claim when Plaintiff's counsel agreed to the settlement amount on May 20, 2021. *See* Exhibit "A"; Exhibit "B". As such, Defendant respectfully requests that this Court enforce the binding settlement agreement reached between the parties and enter an Order directing Plaintiff to sign the Full and Complete Release within seven (7) days of the entry of an Order on this Motion.

6. Given the simple and straightforward nature of this Motion, Defendant asks that the Court waive the requirement of a separate memorandum brief.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court enter an order compelling Plaintiff to sign the Full and Complete Release within seven (7) days of the entry of an Order on this Motion. Defendant further requests any other relief the Court deems proper under the circumstances.

Dated: July 7, 2021.

Respectfully submitted,

**Elston Williams, Defendant**

By:    */s/ Kyle R. Ketchings*
James R. Moore, Jr. (MSB #3445)
Kyle R. Ketchings (MSB #105212)
*Attorneys for Defendants*

2

OF COUNSEL:

**COPELAND, COOK, TAYLOR & BUSH, P.A.**
1076 Highland Colony Parkway
600 Concourse, Suite 200
Ridgeland, Mississippi 39157
Post Office Box 6020
Ridgeland, Mississippi 39158
Telephone: 601-856-7200
Fax: 601-856-7626
jmoore@cctb.com
kketchings@cctb.com

## <u>CERTIFICATE OF SERVICE</u>

I, James R. Moore, Jr./Kyle R. Ketchings, certify that I electronically filed the previous

document with the Clerk of the Court using the ECF system, which sent notification of such filing

to the following:

Jeffery Harness
Post Office Box 758
Fayette, Mississippi 39069
attorneyjefferyharness@yahoo.com
*Attorney for Plaintiff*

Dated: July 7, 2021.

<u>/s/ Kyle R. Ketchings</u>
James R. Moore, Jr.
Kyle R. Ketchings