**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**SHELIA JONES**                                                                                               **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO. 5:20-cv-152 KS-MTP**

**ELSTON WILLIAMS**                                                        **DEFENDANT**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came to be heard on the joint motion, *ore tenus*, of all parties to dismiss this action with prejudice. The Court has been advised that this cause has been fully compromised and settled and that there remain no issues to be litigated, adjudicated, or determined. The Court has been further advised that the parties have consented to the entry of this Judgment and have agreed that this cause should be dismissed with prejudice with the parties to bear their respective costs. In addition, Plaintiff has agreed to resolve, as part of the agreed settlement between the parties, any and all liens, assignments, subrogation claims, and outstanding balances relating to the subject matter of this lawsuit. Being fully advised in this matter, the Court finds that said motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED THAT** this action be, and the same hereby is, dismissed with prejudice with the parties to bear their respective costs.

**IT IS FURTHER ORDERED AND ADJUDGED THAT** Plaintiff shall resolve, as part of the agreed settlement between the parties, any and all liens, assignments, subrogation claims, and outstanding balances relating to the subject matter of this lawsuit.

**SO ORDERED AND ADJUDGED**, this the   14th   day of    July    , 2021.

s/Keith Starrett<br>**UNITED STATES DISTRICT JUDGE**

Agreed and Approved:

*/s/ Jeffery Harness*
Jeffery Harness, Esq. (MSB #103757)
*Attorney for Plaintiff*

*/s/ Kyle R. Ketchings*
James R. Moore, Jr. (MSB #3445)
Kyle R. Ketchings (MSB #105212)
*Attorneys for Defendant*